EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | 2025 TSPR 111 |
| | |
| Pedro I. Mercado Reyes | 216 DPR ___ |

Número del Caso:  TS-17,766

Fecha:  31 de octubre de 2025

Representante legal del peticionario:

    Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex parte:*

Pedro I. Mercado Reyes                    TS-17,766

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de octubre de 2025.

Atendida la *Solicitud de reactivación como abogado activo en el Registro Único de Abogados y Abogadas* que presentó el Sr. Pedro I. Mercado Reyes, se provee ha lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina